IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT E. LEE
also known as
Robert Spinks,

    Petitioner,

    v.

GA DEPARTMENT OF
CORRECTIONS,

    Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-982-TWT

**ORDER**

    This is a pro se mandamus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be dismissed. As set forth in the Report and Recommendation, the Court has no jurisdiction to issue a mandamus order to state officials. And mistakes under state law in giving credit for time served do not violate an inmate's constitutional rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\16\Lee\16cv982\r&r.wpd

SO ORDERED, this 24 day of May, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge